UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00193 |
| | ) | Judge Wiseman |
| TONY DONNELL McCOLLEY | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Tony McColley's Motion to Suppress (Docket No. 39) is hereby DENIED.

It is SO ORDERED.

_____
THOMAS A. WISEMAN, JR.
UNITED STATES DISTRICT JUDGE