**Motion GRANTED. Hearing reset for 11/18/13 at 11:00 a.m.**

**(Also in 3:12-00050)**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | NO. 3:09-cr-00193 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| **TONY DONELL McCOLLEY** | ) | |

## MOTION TO CONTINUE
## SENTENCING HEARING AND RELATED DEADLINES

Defendant Tony Donell McColley, through counsel, and without opposition from the government, moves this Court for an order continuing the July 29, 2013 sentencing hearing and related sentencing filing deadlines for at least 90 days or to a day convenient to the Court's calendar. In support defendant files, under seal, the declaration of his counsel, and would show:

1. Defendant is indigent and undersigned counsel has been appointed by the Court to represent him.

2. The parties have entered into a plea agreement in this matter, and defendant's sentencing hearing is currently scheduled on July 29, 2013 at 11:00 a.m. (Docket No. 107).

3. For the reasons stated in counsel's declaration, filed herewith under seal, the parties need additional time to prepare this matter for sentencing. A continuance of at least three months is necessary and is not requested to delay this matter.