# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00193 |
| | ) | Judge Trauger |
| | ) | |
| TONY DONELL MCCOLLEY | ) | |

## **O R D E R**

It is hereby **ORDERED** that the sentencing hearing scheduled for August 15, 2014 is **RESET** for Thursday, September 4, 2014, at 2:30 p.m. It is further **ORDERED** that the Clerk shall **TERM** motion #123 as moot.

It is so **ORDERED.**

Enter this 6th day of August 2014.

_____
ALETA A. TRAUGER
United States District Judge