IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 2/2/15 at 11:00 a.m.==

*[Signature]*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:09-cr-00193 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| TONY DONELL McCOLLEY | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Defendant Tony McColley moves this Court for an order continuing the November 25, 2014 sentencing hearing and related sentencing filing deadlines until a date after January 21, 2015, convenient to the Court's calendar. In support defendant files, under seal, a declaration of counsel, and would show:

1. Defendant is indigent and undersigned counsel has been appointed by the Court to represent him.

2. The parties entered into a plea agreement in this matter, and defendant's sentencing hearing is currently scheduled on November 25, 2014 at 1:30 p.m. (Docket Nos. 94, 132).

3. For the reasons stated in counsel's declaration, filed herewith under seal, the defendant needs additional time to prepare this matter for sentencing. A continuance is necessary and not intended to delay this matter from closure, but to provide effective assistance of counsel to Mr. McColley.